In re:                                                          Case No. 17-03489-JJT
Christine C Romagnolo                                           Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: DDunbar            Page 1 of 1              Date Rcvd: Oct 19, 2017
                             Form ID: ntcnfhrg         Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 21, 2017.
db             Christine C Romagnolo,    820 Red Rock Rd,    Cresco, PA  18326-7352
4960624        Brylane Home,    PO Box 659728,    San Antonio, TX  78265-9728
4960623        Caffese Law Firm,    803 Main St,    Stroudsburg, PA  18360-1601
4960626        Comenity Bank/Kingsi,    PO Box 182125,    Columbus, OH  43218-2125
4960627        Comenity Bank/Nwyrk&Co,    220 W Schrock Rd,    Westerville, OH  43081-2873
4960628        Comenitybank/venus,    Comenity Bank,    PO Box 182125,    Columbus, OH  43218-2125
4960629        Credit One Bank N.A.,    PO Box 10497,    Greenville, SC  29603-0497
4960630        Fed Loan Serv,    PO Box 60610,    Harrisburg, PA  17106-0610
4960634        Nationstar Mortgage,    8950 Cypress Waters Blvd,    Coppell, TX  75019-4620
4960635        Penn Credit,    Attn:Bankruptcy,    PO Box 988,    Harrisburg, PA  17108-0988
4960636        Ppl Electric Utilities,    916 S 14th St,    Harrisburg, PA  17104-3425
4960622        Romagnolo Christine C,    820 Red Rock Rd,    Cresco, PA  18326-7352
4960637        SLS,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO  80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4960625        E-mail/Text: collections@caclfcu.org Oct 19 2017 19:08:30      Cacl Fcu,    1800 W Market St,
               Pottsville, PA  17901-2002
4960631        E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 19 2017 19:08:23      Fingerhut Direct Mrkting,
               16 McLeland Rd,    Saint Cloud, MN  56303-2198
4960632        E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 19 2017 19:08:24      Jefferson Capital Systems, LLC,
               16 McLeland Rd,    Saint Cloud, MN  56303-2198
4960633        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 19 2017 19:19:09      Lvnv Funding,
               PO Box 10497,    Greenville, SC  29603-0497
                                                                               TOTAL: 4

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2017                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 19, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
              James  Warmbrodt   on behalf of Creditor   U.S. Bank National Association, not in its individual
               capacity but solely as trustee for the RMAC Trust, Series 2016-CTT bkgroup@kmllawgroup.com
              Matthew  Mugno    on behalf of Debtor 1 Christine C Romagnolo matthew.mugno@gmail.com,
               ecf@jrcfirm.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                               TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Christine C Romagnolo
Debtor(s)

Chapter     13

Case No.     5:17−bk−03489−JJT

## Notice

The confirmation hearing has been scheduled for the Debtor on the date indicated below.

A deadline of **November 17, 2017** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the Plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: December 5, 2017<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DDunbar, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: October 19, 2017 |