# UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Christine Romagnolo | : | Chapter 13 |
| | : | |
| Debtor | : | Bk # 5:17-bk-03489-JJT |

## WITHDRAWAL OF ATTORNEY

Please kindly note the Withdrawal of Attorney Matthew Mugno from the above referenced case, as he is no longer a part of Caffese Law Firm who is continuing the representation. Please direct any and all payments due towards Caffese Law Firm, as they continue to provide services related to the case.

/s/ Matthew Mugno                    /s/ John R. Caffese

Matthew Mugno, Esq                   John R. Caffese, Esq
Withdrawing Attorney                 Caffese Law Firm, L.L.C
                                     803 Main Street
                                     Stroudsburg, PA 18360

Dated: 2/2/2018